AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Columbia__ on the following   X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>08cv642 | DATE FILED<br>4/11/08 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| PLAINTIFF<br>SMARTGENE, INC.<br>5410 Trinity Road<br>Raleigh, NC 27607 | | DEFENDANT<br>ADVANCED BIOLOGICAL LABORATORES, S.A.<br>2 rue des Dahlias, L1411<br>Luxembourg |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,081,786 | June 27, 2000 | ADVANCED BIOLOGICAL LABORATORIES, S.A. |
| 2 | 6,188,988 | February 13, 2001 | ADVANCED BIOLOGICAL LABORATORIES, S.A. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>NANCY MAYER-WHITTINGTON | (BY) DEPUTY CLERK | DATE<br>4/18/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**