**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SMARTGENE, INC.,                          :
                                          :
         Plaintiff,                       :
                                          :
    v.                                    : Civil Action No. 08-0642 (JR)
                                          :
ADVANCED BIOLOGICAL                       :
LABORATORIES, SA,                         :
                                          :
         Defendant.                       :

**NOTICE UNDER RULE 4(m) OF FEDERAL RULES OF CIVIL PROCEDURE**

No proof of service has been filed within the time permitted by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff will TAKE NOTICE that, unless proof of service is filed by August 28, 2008, or further extension of time is granted for good cause shown, this case will be dismissed without prejudice.

                              JAMES ROBERTSON
                    United States District Judge