IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTGENE, INC. § § Plaintiff, § vs. § § ADVANCED BIOLOGICAL § LABORATORIES, SA. § § Defendant. § § § § | Case No: 1:08-cv-00642-JR JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST
AMENDED COMPLAINT AND FOR WITHDRAWAL OF DEFAULT JUDGMENT**

**I.**

Defendant Advanced Biological Laboratories, S.A. ("ABL") and Plaintiff SmartGene, Inc. ("SmartGene"), hereby move this Court for an extension of time for ABL to respond to Plaintiff's First Amended Complaint for Declaratory Judgment (Doc. No. 4), and to further ask the Court to withdraw the Default Judgment entered by the clerk on August 27, 2008 (Doc. No. 7).

**II.**

SmartGene served TherapyEdge, Inc.'s registered agent, the Corporation Trust Company in Delaware, on August 4, 2008. SmartGene believed TherapyEdge, Inc. to be a wholly owned and controlled subsidiary of ABL. ABL contends that TherapyEdge, Inc. is not a subsidiary of ABL and that TherapyEdge did not notify ABL of the attempted service. SmartGene then served ABL through international registered mail through The Hague on August 13, 2008, making ABL's deadline to answer the Complaint under that method of service September 2, 2008. SmartGene and ABL have come to an agreement that service will not be challenged and that the deadline to answer or otherwise respond be extended to and include October 6, 2008.

**IV.**

This extension of time is sought not for delay, but for good cause and that justice may be served. The parties respectfully ask that the Motion be granted.

Dated: September 3, 2008                    Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Edward W. Goldstein<br>Alisa A. Lipski<br>Goldstein, Faucett & Prebeg, LLP<br>1177 West Loop South, Suite 400<br>Houston, TX  77027-9012<br>Tel:  713-877-1515<br>Fax:  713-877-1737<br>Email:  egoldstein@gfpiplaw.com<br>Email:  alipski@gfpiplaw.com<br>ATTORNEYS FOR DEFENDANT | Wyatt B. Durrette, Jr. (D.C. Bar No.411328)<br>Christine A. Williams (VSB No. 47074)<br>DurretteBradshaw PLC<br>600 East Main Street, 20th Floor<br>Richmond, Virginia 23219<br>(804) 775-6900 phone<br>(804) 775-6911 fax<br>wdurrette@durrettebradshaw.com<br>cwilliams@durrettebradshaw.com |

Of Counsel:

Dale Curtis Hogue, Sr. (D.C. Bar No.169326)
44 Wexford on the Green
Hilton Head Island, South Carolina 29928
(843) 341-3127 (phone)
(843) 341-3932 (fax)

Richard L. Coffman (TX Bar No. 04497460)
The Coffman Law Firm
1240 Orleans Street
Suite 200
Beaumont, Texas 77701
(409) 832-4767 (phone)
(866) 835-8250 (fax)

James R. Creekmore (VSB No. 36246)
THE CREEKMORE LAW FIRM PC
52 Pondview Court
Daleville, Virginia 24083
(540) 966-2504 (phone)
(540) 966-2504 (fax)

Katherine Ford Horvath (CA Bar No.213098)
Berkeley Law and Technology Group, LLP
17933 Evergreen Parkway, Suite 250
Beaverton, Oregon 97006
(503) 439-6500 (phone)
(503) 439-6558 (fax)

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTGENE, INC. | § § § | |
| Plaintiff, | § | Case No: 1:08-cv-00642-JR |
| vs. | § § | |
| ADVANCED BIOLOGICAL LABORATORIES, SA. | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § § | |

**PROPOSED ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO COMPLAINT AND FOR WITHDRAWAL OF DEFAULT JUDGMENT**

Advanced Biological Laboratories, S.A. ("ABL") and SmartGene Inc.'s Joint Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and for Withdrawal of Default Judgment shall be, and is hereby GRANTED in all respects. The Clerk's Entry of Default as to Advanced Biological Laboratories, SA entered on August 27, 2008 (Doc. No. 7) is hereby withdrawn. ABL shall have until and including October 6, 2008, to answer or otherwise respond to Plaintiff's Complaint.

ENTERED:        /        /

_____