IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTGENE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:08CV00642-JR |
| ADVANCED BIOLOGICAL LABORATORIES, SA | ) |
| Defendant. | ) |

**MOTION AND AFFIDAVIT OF WYATT B. DURRETTE, JR.
IN SUPPORT OF ADMISSION *PRO HAC VICE* OF CHRISTINE A. WILLIAMS**

I, WYATT B. DURRETTE, JR., an attorney at law, duly admitted to practice before this Court (D.C. Bar No. 411328), affirm the following under penalty of perjury:

1. I am a director of and practicing attorney with the law firm of DurretteBradshaw, PLC, attorneys for the Plaintiff, SmartGene, Inc., in the above-captioned matter, and I am familiar with the facts and circumstances herein.

2. I submit this affidavit in support of Christine A. Williams' Declaration for Admission *Pro Hac Vice* (attached hereto as Exhibit A) to argue and/or try this case, in whole or in part, as counsel for the Plaintiff.

3. Christine A. Williams currently practices in the areas of civil and intellectual property litigation with the firm DurretteBradshaw, PLC. Ms. Williams is a qualified attorney in good standing before all Courts in the Commonwealth of Virginia and before the United States District Courts for the Eastern and Western Districts of

Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the Fourth Circuit Court of Appeals, and the Federal Circuit Court of Appeals, and has never been suspended or disbarred or otherwise subject to disciplinary proceedings.

4. I respectfully request that the Court admit Christine A. Williams, *pro hac vice*, for the purpose of arguing and trying the instant action, in whole or in part, which includes appearing, participating, and representing the Plaintiff.

WHEREFORE, I respectfully request that Christine A. Williams be admitted *pro hac vice* to the United States District Court for the District of Columbia for the purpose of participating in this action.

Dated: September 5th, 2008

Respectfully Submitted,

Wyatt B. Durrette, Jr. (D.C. Bar No. 411328)
DurretteBradshaw PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
wdurrette@durrettebradshaw.com

2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SMARTGENE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:08CV00642-JR |
| ADVANCED BIOLOGICAL LABORATORIES, SA | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

## DECLARATION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d), I, CHRISTINE A. WILLIAMS, do hereby declare to this Court, as my application for admission to practice in the United States District Court for the District of Columbia on a *pro hac vice* basis representing Plaintiff, SmartGene, Inc., in the above-entitled action, under oath that:

1. My full name is Christine A. Williams.

2. My office address is DurretteBradshaw PLC, 600 East Main Street, 20th Floor, Richmond, Virginia 23219 (Tel: 804-775-6900).

3. I am an active member in good standing of the Bar of the Commonwealth of Virginia and qualified to practice in all courts in the Commonwealth. I am also admitted to practice in the United States District Courts for the Eastern and Western Districts of Virginia, the United States Bankruptcy

Court for the Eastern District of Virginia, the Fourth Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I am not a member of the District of Columbia Bar, nor do I engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

9/5/08
Date

Christine A. Williams, Esquire
DurretteBradshawPLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
(Tel.) 804-775-6900
(Fax) 844-775-6911

Sworn and subscribed before me, this
5th day of September, 2008.

Ruth Whitehead Wright
Notary Public

My commission expires: 7/31/2011        Registration No. 184946

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTGENE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED BIOLOGICAL LABORATORIES, SA <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:08CV00642-JR** |

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The Motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Christine A. Williams, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys of record.

The attorney admitted *pro hac vice* mist serve a copy of this Order on all other counsel of record in this case.

ENTERED:     /     /

_____
United States District Judge for the
District of Columbia